No. 77–5471. POREBSKI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–5485. HESSBROOK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5486. HICKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5491. STAVREDES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–5496. HERZBERG ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5523. SANFARDINO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–5527. WASHINGTON v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 76–1755. HOLLENBACH, JUDGE v. HAYCRAFT ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE POWELL would grant certiorari, vacate judgment, and remand case for further consideration in light of *Dayton Board of Education* v. *Brinkman,* 433 U. S. 406 (1977). MR. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 76–1796. OTTOBONI ET AL. v. UNITED STATES. C. A. 9th Cir. Motion of California Indian Legal Services for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 76–1848. TRIBUNE PUBLISHING CO. ET AL. v. CALDERO. Sup. Ct. Idaho. Certiorari denied. MR. JUSTICE MARSHALL would grant certiorari.

No. 77–5042. PRUDE v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE MARSHALL would grant certiorari.